**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SHOEBUY.COM, INC.,<br><br>      Defendant. | Civil Action No. 1:12-cv-11657<br><br>**JURY TRIAL REQUESTED** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Select Retrieval, LLC against Defendant Shoebuy.com, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  February 22, 2013.

*/s/ William D. Dalsen*
Steven M. Bauer (BBO # 542531)
Jared T. Kelly (BBO # 669637)
William D. Dalsen (Admitted *pro hac vice*)
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899
sbauer@proskauer.com
jkelly@proskauer.com
wdalsen@proskauer.com

***Attorneys for Defendant
Shoebuy.com, Inc.***

Respectfully submitted,

*/s/ Steven R. Daniels*
Steven R. Daniels (Admitted *Pro Hac Vice*)
Maeghan E. Whitehead (Admitted *Pro Hac Vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone:  (512) 582-2828]
Facsimile:  (512) 582-2829
Email:  sdaniels@farneydaniels.com

Lawrence K. DeMeo
Massachusetts Bar No. 658867
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Telephone:  (617) 737-3100
Facsimile:  (617) 737-3113
ldemeo@cmjlaw.com

***Attorneys for Plaintiff
Select Retrieval, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2013, I caused a copy of the foregoing document to be electronically filed using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

>  /s/Steven R. Daniels
>  Steven R. Daniels